TRULINCS 63919037 - SMITH, PATRICK - Unit: CUM-G-B

-----------------------------------------------------------------------------------------------------------

FROM: 63919037
TO: Medlock, Pamela
SUBJECT: Sworn Affidavit
DATE: 11/22/2021 10:19:54 PM

SWORN AFFIDAVIT

---------------------

    Herecome the Pro-se Petitioner Patrick Smith #63919-037, presently incarcerated at Federal Prison Camp, F.C.I. Cumberland, P.O. Box 1000, Cumberland, Maryland 21501 do hereby swear under the penalties of perjury that the following stated facts are true:

1)- That I was represented in this criminal matter by William B. Purpura

2)- That I enter into a 10 year plea agreement on the advisement of Mr. Purpura

3)- That the Government in this case had informed Mr. Purpura that Agent Craig Jester was being investigated

4)- That the Government refused to disclose what agent Jester was being investigated for

5)- The Government informed the defense if there was any type of finding of wrong-doing or illegal or criminal activity by Agent Jester, that they would provide that information to Smith and his attorney's.

6)- Agent Jester has been suspended after a finding of wrong-doing.

7)- That Agent Jester is on the Do-Not-Call-List by Baltimore City States Attorney Office.

8)- That Agent Jester is indicted and awaiting Trial in Federal Court

9)- That the Government and the United States Attorney's Office has refuse to disclose this information to Smith in violation of Brady.

10)- That Smith would not have enter into his plea agreement for a 10 year sentence had it been disclose and he been made aware of Jester criminal and illegal activity.

11)- That had Attorney Purpura had informed Smith that Agent Jester had lied in Mr. Murphy and other cases; that I would not have enter into a plea agreement in this case.

12)- That had Mr. Purpura had informed me that agent Jester had place a unauthorize GPS tracking device to my vehicle before he had a warrant to do so; that I would not have enter into a plea agreement.

13)- That had Mr. Purpura raised the Frank's Motion that Agent Jester had lied on the affidavit for the search warrant on September 15, 2017, in Smith case, I would not have plead guilty.

14)- That USA Supervisor James Wallner informed Mr. Purpura that there was no SOI but a cooperating defendant who provided this information, I would not have plead guilty and enter into a plead agreement.

15) That Mr. Christos, was aware and will testify that this things occurred in this case.

16)- For these reasons and any other reason I may have included in the Amendment to the 2255 Amendment, that they are

TRULINCS 63919037 - SMITH, PATRICK - Unit: CUM-G-B

--------------------------------------------------------------------------------

true.

Respectfully Submitted

Patrick Smith #63919-037
Federal Prison Camp
F.C.I. Cumberland
P.O. Box 1000
Cumberland, Maryland 21501

Pro-Se