Exhibit - #1

TRULINCS 63919037 - SMITH, PATRICK - Unit: CUM-G-B

--------------------------------------------------------------------------------

FROM: Vasiliades, Christos
TO: 63919037
SUBJECT: Do-Not-Call List
DATE: 11/16/2021 10:36:08 AM

Patrick: See below.

The data contained on this list is subject to change. Inclusion or exclusion on this list is not intended to be, nor should be, construed as a prediction of any particular outcome in any particular case. This information should not be used in any manner to injure, harass, or otherwise commit a criminal act against any individual.

| Alfonso, Matthew | J818 | Yes | Convicted of Crime: Harford County - theft. | HarCo SAO |
|---|---|---|---|---|
| Allers, Thomas F934 | No | GTTF - Convicted. | Federal | |
| Balboni, Matthew | I908 | No | IAD Investigation. | IAD |
| Bagshaw, Steven | F875 | No | Convicted of Crime: Balt. City - theft. | BCSAO |
| Biggers, Sherrod | H884 | Yes | IAD Sustained: false statement. BCSAO | |
| Brown, Yolanda I301 | Yes | IAD Sustained: theft. | IAD/BCSAO | |
| Butler, Staccato D676 | No | IAD/SAO Investigation: false credentials. | IAD/SAO | |
| Cagle, Wesley H149 | No | Convicted of Crime: Balt City - second degree assault, HGV. | BCSAO | |
| Chenowith, Brad | J477 | No | Convicted of Crime: Balt City - second degree assault. | BCSAO |
| Church, Nathan H825 | No | IAD Investigation. | IAD | |
| Clewell, John I711 | No | GTTF - Trial. | Federal | |
| Collazo-Morales, Jean | J933 | Yes | IAD Sustained: false statement. IAD | |
| Donato, Joseph F533 | No | IAD Investigation. | IAD | |
| Edwards, Tariq H639 | No | GTTF - Trial. | Federal | |
| Fata, Anthony G106 | No | Convicted of a Crime: Balt City - workers compensation fraud. | BCSAO | |
| Fox, Vincent F778 | No | BCSAO Investigation: misconduct/overtime fraud (see Stach). | BCSAO | |
| Frieman, Benjamin | I847 | No | GTTF - Trial. | Federal |
| Fritzges, Joseph | G926 | No | Convicted of Crime: York County, PA - theft. | Pennsylvania |
| Gaff, Donald J495 | Yes | Convicted of Crime: Balt. City - misconduct, judicial finding of dishonesty. BCSAO | | |
| Gentil, Michael F549 | No | Convicted of a Crime: Balt. City - first degree assault, HGV. | BCSAO | |
| Giordano, Jason | H687 | Yes | GTTF - Trial. | |

Giordano, Jason ... IAD Sustained - theft.
IAD

| Gladstone, Keith | E987 | No | GTTF - Trial. | Federal |
|---|---|---|---|---|
| Gondo, Momodu | H832 | No | GTTF - Convicted. | Federal |
| Gonzales, Ivan I164 | Yes | Convicted of Crime: Balt. City - perjury, falsify docs. | MD - SPO | |
| Guinn, Ryan G752 | No | GTTF - Trial. | Federal | |
| Hankard, Robert | I370 | Yes | GTTF - Trial. | Federal |
| Heilman, Aaron J924 | No | Convicted of Crime: Balt. City traffic, misconduct. | BCSAO | |
| Hendrix, Evodio I695 | No | GTTF - Trial. | Federal | |
| Hicks, Keia H110 | No | Convicted of Crime: Balt. City - theft. | BCSAO | |
| Hersl, Daniel G491 | No | GTTF - Convicted. | Federal | |
| Ivery, Kenneth G495 | Yes | GTTF - Trial. | Federal | |
| Jeffers, Maurice H323 | No | IAD Sustained - theft.. | IAD | |
| Jenkins, Wayne H383 | No | GTTF - Convicted. | Federal | |
| Jester, Craig G961 | Yes | GTTF - Trial. | Federal | |
| Jones, Timika T705 | No | Convicted of Crime: Balt. City - operating heroin business in home. | BCSAO | |
| Koushall, Marlon | J155 | Yes | Convicted of Crime: Balt. City - second degree assault, misconduct. | BCSAO |
| Laronde, Fabien | H072 | No | Multiple: IAD Sustained, BCSAO Investigations. IAD/BCSAO | | |
| Lewis, Danielle J386 | No | Convicted of Crime: Wicomico County - theft. | Wicomico Co SAO | |
| Louvado, Ivo G550 | No | GTTF - Convicted. | Federal | |
| McLaughlin, James | G967 | No | IAD Sustained: False Report. | IAD |
| Messner, Robert | C923 | No | Convicted of Crime: Balt. City - second degree assault, misconduct. | BCSAO |
| Nelson, Michael H251 | No | Convicted of Crimes: USAO - selling fictitious accident/burglary reports and wire fraud. | | |

Nelson, Michael ... Federal

| Nicholson, Daniel | F563 | No | Guilty Plea: Balt. City- second degree assault and reckless endangerment. |
|---|---|---|---|

Nicholson, Daniel ... IAD Sustained: false statement.

TRULINCS 63919037 - SMITH, PATRICK - Unit: CUM-G-B

--------------------------------------------------------------------------------------------

BCSAO

O'Sullivan, Michael    G827    No    Convicted of Crime: Balt. City - planting evidence..    BCSAO
Pinheiro, Richard    J026    No    Guilty Plea: Balt. City - fabricating physical evidence, misconduct.    BCSAO
Plater, Stacey    G838    No    Convicted of Crime: Balt. City - misconduct.    BCSAO
Pulley, Lakisha OTH    UNK    Guilty Plea: Balt. City - second degree assault, reckless endangerment.    BCSAO
Pumphrey, Scott    E427    No    Guilty Plea: Balt. City - HGV, traffic.    BCSAO
Ranabhat, Bijay J551    No    Guilty Plea: misconduct.BCSAO
Rayam, Jemell  H740    No    GTTF - Convicted.    Federal
Rivera, Victor    F447    No    GTTF - Convicted.    Federal
Rivera-Martinez, Carlos I870    No    Convicted of Crime: Balt. City - misconduct, second degree assault.    BCSAO
Ryckman, Matthew    I100    No    GTTF - Trial.    Federal
Simpson, Welton    G883    Yes    Convicted of Crime: Balt City - misconduct, false statement.
IAD Sustained: DV rape.
BCSAO
Spence, Anthony    A173    No    Guilty Plea: Balt. City - second degree assault.    BCSAO
Stach, Timothy  G039    No    Guilty Plea: Balt. City - misconduct/overtime fraud (see Fox).    BCSAO
Sylvester, Michael    H734    No    IAD Sustained: intrusive search, sex offense.    IAD
Taylor, Marcus  I725    No    GTTF - Convicted.    Federal
Urena, Marcos  I630    No    Convicted of Crime: Balt. City - theft,conspiracy. BCSAO
Vignola, Carmine    I296    No    GTTF - Convicted.    Federal
Ward, Maurice  H456    No    GTTF - Convicted.    Federal
White, Lonnie    H719    No    Guilty Plea: Balt. City - perjury, misconduct.    BCSAO
White, Nina    S789    No    IAD Sustained: overtime fraud, impersonating ASA to sign OT slips.    IAD/BCSAO
Williams, Arthur J995    No    Convicted of Crime: Balt. City - second degree assault, misconduct.    BCSAO
Williams, Duane    I512    No    Convicted of Crime: Balt. City - second degree assault, misconduct.    BCSAO
Wilson, ThomasF363    No    Federal judicial finding of dishonesty.    Federal
Wood, Dale    F510    No