Exhibit - #2

TRULINCS 63919037 - SMITH, PATRICK - Unit: CUM-G-B

-----------------------------------------------------------------------------------------------

FROM: Medlock, Pamela
TO: 63919037
SUBJECT: William Purpura Email
DATE: 11/21/2021 07:51:07 PM

William Purpura
Attachments
Tue, Nov 16, 2:01 PM (5 days ago)
to christine.goo@usdoj.gov, james.wallner@usdoj.gov

Good afternoon Christine and Jim:

Hope you are both well. I received a letter from Patrick Smith's family suggesting that TFO agent Craig Jester is on the Do not call list in Baltimore City. If you recall Mr. Smith was adamant about Jester's credibility. As a result we discussed and I was informed to your knowledge there were no issues. I have attached the DNC list. I do not and will not continue to represent Mr. Smith, but thought it important to bring to your attention.

All the best

Bill

William B. Purpura
Purpura & Purpura
Attorneys at Law
The Bonaparte Building
8 E. Mulberry Street
Baltimore, Maryland 21202
(p): (410) 727-8550
(f): (410 ) 934-1147
(c): (410) 215-0759